# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DEBRA BODDEN,                                    :
                                                 :
      Plaintiff,                           :   NO. 2:20-cv-2110
                                                 :
v.                                               :
                                                 :
PFIZER INC., BOEHRINGER INGELHEIM                :
PHARMACEUTICALS, INC., SANOFI,                   :
CHATTEM, INC., SANOFI US SERVICES,               :
INC., SANOFI-AVENTIS US LLC,                     :
GLAXOSMITHKLINE, PLC, AND                        :
GLAXOSMITHKLINE, LLC,                            :
                                                 :
      Defendants.                          :

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that J. Robert Sheppard, III of the law firm King &

Spalding LLP, 1100 Louisiana Street, Suite 4100, Houston, TX 77002-5213, hereby enters his

appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the

above-referenced action.  Defendant hereby advises all parties that all pleadings and documents

should be addressed to and served upon J. Robert Sheppard, III:

> J. Robert Sheppard, III
> KING & SPALDING LLP
> 1100 Louisiana Street
> Suite 4100
> Houston, TX  77002-5213
> Tel: (713) 751-3200
> Fax: (713) 751-3290
> rsheppard@kslaw.com

- 2 -

Dated:  July 24, 2020

KING & SPALDING, LLP

*/s/ J. Robert Sheppard, III*
J. Robert Sheppard, III
LA Bar No. 36337
KING & SPALDING LLP
1100 Louisiana Street
Suite 4100
Houston, TX  77002-5213
Tel: (713) 751-3200
Fax: (713) 751-3290
rsheppard@kslaw.com

*Attorney for Defendant Boehringer Ingelheim
Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Patrick G. Kehoe, Jr.
3524 Canal Street
New Orleans, LA 70119

Furthermore, I caused the remaining parties to be served through UPS International Shipping, as indicated below:

GlaxoSmithKline, plc
980 Great West Road
Brentford, Middlesex
TW8 9GS
United Kingdom

Sanofi S.A.
54 Rue la Boetie
75008 Paris, France

/s/ *J. Robert Sheppard, III*
J. Robert Sheppard, III
LA Bar No. 36337